# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Milton I. Shadur | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 01 C 5878 | **DATE** | 10/19/2001 |
| **CASE TITLE** | Joseph T. Ryerson vs. Plastech Engineered Products | | |

**MOTION:** [In the following box (a) indicate the party filing the motion, e.g., plaintiff, defendant, 3rd party plaintiff, and (b) state briefly the nature of the motion being presented.]

**DOCKET ENTRY:**

(1) ☐ Filed motion of [ use listing in "Motion" box above.]
(2) ☐ Brief in support of motion due _____.
(3) ☐ Answer brief to motion due_____. Reply to answer brief due_____.
(4) ☐ Ruling/Hearing on _____ set for _____ at _____.
(5) ☐ Status hearing[held/continued to] [set for/re-set for] on _____ set for _____ at _____.
(6) ☐ Pretrial conference[held/continued to] [set for/re-set for] on _____ set for _____ at _____.
(7) ☐ Trial[set for/re-set for] on _____ at _____.
(8) ☐ [Bench/Jury trial] [Hearing] held/continued to _____ at _____.
(9) ☐ This case is dismissed [with/without] prejudice and without costs[by/agreement/pursuant to]
    ☐ FRCP4(m)  ☐ General Rule 21  ☐ FRCP41(a)(1)  ☐ FRCP41(a)(2).
(10) ■ [Other docket entry] Enter Memorandum Order. All such items remain for the future, but in the meantime the Plastech memorandum has played its proper role.

(11) ■ [For further detail see order attached to the original minute order.]

| | | | | |
|---|---|---|---|---|
| | No notices required, advised in open court. | | | **Document Number** |
| | No notices required. | | number of notices | |
| ✓ | Notices mailed by judge's staff. | | OCT 2 2 2001 | |
| | Notified counsel by telephone. | | date docketed | 8 |
| | Docketing to mail notices. | | CM | |
| | Mail AO 450 form. | | docketing deputy initials | |
| | Copy to judge/magistrate judge. | | | |
| | | | 10/19/2001 | |
| SN | courtroom deputy's initials | 01 OCT 19 PM 4:02 | date mailed notice SN | |
| | | Date/time received in central Clerk's Office | mailing deputy initials | |

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

DOCKETED
OCT 2 2 2001

JOSEPH T. RYERSON & SON, INC., )
                                                   )
              Plaintiff,   )
                                                   )
    v.                                      )   No.  01 C 5878
                                                   )
PLASTECH ENGINEERED PRODUCTS, INC.,)
                                                   )
             Defendant.   )

<u>MEMORANDUM ORDER</u>

In response to this Court's October 2, 2001 memorandum order, counsel for Plastech Engineered Products, Inc. ("Plastech") has filed Defendant's Memorandum in Support of Affirmative Defense to the Complaint brought against Plastech by Joseph T. Ryerson & Son, Inc. ("Ryerson"). That memorandum is helpful in focusing Plastech's Statute of Frauds defense more sharply, addressing as it does the asserted absence of actual authority for Kelly Garwood ("Garwood") to have signed and initialed some of the documentation on which Ryerson relies for its lawsuit.

There are of course other questions remaining, not only as to the credibility of Plastech's affiant Gary Bone in support of Plastech's memorandum but also as to such matters as the existence or nonexistence of apparent authority running to Garwood, the existence or nonexistence of part performance that might take the transaction out of the Statute of Frauds and perhaps other issues that Ryerson may raise. All such items



remain for the future, but in the meantime the Plastech memorandum has played its proper role.

                                                                    _____
                                                                    Milton I. Shadur
                                                                    Senior United States District Judge

Date:   October 19, 2001